UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TEODULFO GARCIA-ALGANDAR,<br><br>　　　　　　　Defendants. | Case No. CR06-428-MJP<br><br>DETENTION ORDER |

Offense charged:

　　Conspiracy to Distribute Methamphetamine; Conspiracy to Distribute Cocaine and Heroin; Distribution of Heroin; Distribution of Cocaine; Possession with Intent to Distribute Methamphetamine, Cocaine and Heroin.

Detention Hearing: November 18, 2008.

　　The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

/

/

DETENTION ORDER -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant did not present any information about his background, ties to the area, health or employment history.

(2) Defendant has no legal status in the United States. In view of these circumstances, defendant through his counsel stipulated to detention.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 18th day of November, 2008.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge